# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI GLOCK, an individual, and TERRY GLOCK, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　　　vs.<br><br>TITLEMAX OF CALIFORNIA, INC., a corporation; and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | Case No.: ED CV 18-213-DMG (SHKx)<br><br>**ORDER DISMSSING ACTION WITH PREJUDICE [74]** |

　　　Pursuant to the parties' joint stipulation, the Court hereby dismisses the above-captioned action with prejudice. The parties shall bear their own fees and costs.

IT IS SO ORDERED.

DATED: March 26, 2019

　　　　　　　　　　　　　　　　　　_/s/ Dolly M. Gee_
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

-1-